**UNITED STATES of America,
Appellee,**

v.

**Ty Albert VAN TRAN, Appellant.**

No. 05–2680.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 23, 2006.

Filed: June 27, 2006.

Patrick C. Harris, U.S. Attorney's Office, Little Rock, AR, for Appellee.

John Wesley Hall, Jr., John Wesley Hall, Jr., P.C., Little Rock, AR, for Appellant.

Ty Albert Van Tran, Rowland Heights, CA, pro se.

Before MURPHY, BEAM, and COLLOTON, Circuit Judges.

PER CURIAM.

Ty Albert Van Tran pleaded guilty to conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (ice), in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. The district court[1] sentenced Tran to 168 months in prison and 5 years of supervised release. On appeal, Tran's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), for any nonfrivolous issues, we find none. Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.